IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**THERESA MAE FULTON**                                                    **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO. 3:15-CV-13-HTW-LRA**

**CAROLYN W. COLVIN, acting Commissioner**
**of Social Security**                                                    **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation [docket no. 15] of United States Magistrate Judge Linda Anderson, which recommends that this court affirm the Commissioner's decision to deny the plaintiff disability insurance benefits and supplemental security income. Plaintiff has filed no objection.

Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The plaintiff's application for benefits is denied and her case is dismissed with prejudice.

SO ORDERED, THIS THE 26th DAY OF FEBRUARY, 2016.

                                                     s/ HENRY T. WINGATE
                                                     **UNITED STATES DISTRICT JUDGE**